**Anthony ANDREWS, Plaintiff—Appellant,**

v.

**Kimberly A. MOORE; Winnie Jordan Reaves, Defendants—Appellees,**

and

**John Ashcroft; Frank D. Whitney; Robert Bobby Higdon, Jr.; John Stuart Bruce, Defendants.**

**No. 05–7289.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2006.

Decided: March 2, 2006.

Anthony Andrews, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Andrews appeals the district court's orders denying relief on his *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), action and his motions for reconsideration pursuant to Fed.R.Civ.P. 59(e) and 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Andrews v. Moore,* No. CA–04–174 (E.D.N.C. Apr. 27, 2005 & June 28, 2005). We deny the motions for abeyance and motion to recuse. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*